Cite as 2019 Ark. 375

# SUPREME COURT OF ARKANSAS

**No.** CR-15-539

| | |
|---|---|
| TRENCIE OLIVER | **Opinion Delivered:** December 12, 2019 |
| PETITIONER | |
| V. | PRO SE MOTION FOR COPY OF BRIEF, TRIAL RECORDS OR TRANSCRIPT, AND ALL DOCUMENTS AT PUBLIC EXPENSE [PULASKI COUNTY CIRCUIT COURT, FOURTH DIVISION, NO. 60CR-14-1889] |
| STATE OF ARKANSAS | |
| RESPONDENT | |
| | <u>RESPONSE ORDERED</u>. |

**JOSEPHINE LINKER HART, Justice**

Petitioner Trencie Oliver has filed a pro se motion requesting copies of the brief, trial records or transcript, and all documents from his criminal case pursuant to Rule 19(b) of the Arkansas Rules of Appellate Procedure–Criminal (2018). Oliver's motion includes a certificate of service on Ray Baxter at an address in Benton dated July 6, 2019. Oliver's motion was filed in this court on July 11, 2019. A response was due from Baxter on July 26, 2019, twenty days from the date listed in the certificate of service. However, no response has been filed.

This court has made clear that under Rule 19(b), the attorney who has been served with a copy of a motion filed pursuant to the Rule is required to respond. Having been properly served with the motion, Baxter must respond, even if he believes the motion has no merit, as Rule 19 makes counsel's response mandatory. *Fitzgerald v. Robinson*, 2018 Ark. 391. Accordingly, Baxter is directed to file the response required by Rule 19 within

fourteen days, stating (1) whether he has the requested copies in his possession; (2) if so, whether the copies are on paper or in some other format; and (3) if he has the copies, whether the copies have been provided to Oliver. *See* Ark. R. App. P. –Crim. 19(b).

Response ordered.